THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

FLOORCOVERINGS INTERNATIONAL, LTD.  :
    Plaintiff  :  1-CV-00-0182
    v.  :
WILLIAM LEE FREEMAN  :  SYLVIA H. RAMBO
    Defendant  :  CHIEF JUDGE

FILED HARRISBURG FEB 1 5 2002
MARY E. D'ANDREA, CLERK
Per _____ DEPUTY CLERK

## STATUS REPORT

AND NOW, THIS 14th day of February, 2002, counsel for the respective parties file this Status Report and aver:

1. Pursuant to an Order dated August 7, 2001, a joint report on the status of Defendant's bankruptcy proceedings shall be submitted no later than February 15, 2002.

2. Attached hereto as "Exhibit 1" is a status report as provided by the Defendant's Bankruptcy counsel, Dorothy L. Mott.

3. The case is pending and a hearing is scheduled for March 6, 2002 on an objection filed to Plaintiff's claim in the bankruptcy proceedings.

Respectfully submitted,

Peter J. Russo, Esquire
5010 E. Trindle Road
Mechanicsburg, PA 17050

Date: 2/15/02

Respectfully submitted,

Michael Gray, Esquire
3400 S. 6th Street
Minneapolis, MN 55402

Date: 2/15/02

# DOROTHY L. MOTT, Attorney at Law
**American Bankruptcy Board of Certification**
**Board Certified – Consumer Bankruptcy Law**
Kristin K. Messner, Associate Attorney
Kara K. Messner, Associate Attorney

---

114 SOUTH STREET
HARRISBURG, PENNSYLVANIA 17101

Telephone: (717)232-6650
Fax: (717)232-0477
e-mail: doriemott@aol.com

Wednesday, February 13, 2002

PETER J RUSSO ESQ
4 LIBERTY AVE
CARLISLE PA 17033
(717)591-1755 TEL
(717)591-1756 FAX

Re: William Leland Freeman
    Bankruptcy No. 1-01-04273

Dear Peter:

I am writing to update you on the above-referenced individual's Chapter 13 Bankruptcy. The case is still pending. I have filed an objection to the claim of Floorcoverings International and a hearing is scheduled for March 6, 2002 at 3:30 P.M.

Thank you.

Sincerely yours,

Dorothy L. Mott

cc: William L. Freeman
Enclosures: Docket, Trustee Case Report

Case NO: 10104273                                                                                Page 1 of 2

Case NO: 10104273
WILLIAM LELAND FREEMAN

751 MOORES MOUNTAIN ROAD
LEWISBERRY PA 17339

| Case Status: | PENDING |
|---|---|
| Petition Filed Date: | 08/02/2001 |
| Date 1st Meeting: | 09/13/2001 |
| Date Confirmed: | |
| Date of Last Motion to Dismiss: | None Filed |
| Total Paid by Debtor to date: | 900.00 |
| Plan Type: | Base |
| Percent Unsecured: | 0.00 |
| Commissions: | 04.40% |
| Judge: | |
| Attorney: | DOROTHY MOTT, ESQUIRE |
| Comments: | |
| Arrears: | 0.00 |
| Total Paid To Creditors to date: | 0.00 |
| Months to Complete: | 30 |
| Balance To Complete Plan: | 4,500.00 |
| Undistributed Funds on Hand: | 900.00 |

**Future Calendar:**

| Calendar Date: | Calendar Time: | Description: |
|---|---|---|
| No Calendars on File | | |

**Debtor Payments:**

| Date | Payment | Date | Payment | Date | Payment |
|---|---|---|---|---|---|
| 08/28/2001 | 150.00 | 09/27/2001 | 150.00 | 10/29/2001 | 150.00 |
| 11/28/2001 | 150.00 | 12/26/2001 | 150.00 | 01/25/2002 | 150.00 |

**Payment Schedule**

| Start Date | Pay/Mon | Amount |
|---|---|---|
| 09/01/2001 | 1 | 150.00 |

**The following creditors are TO be paid THROUGH this plan:**

| Clm | Creditor Name | Cls | Clm Amount | Forgive | Int Earn | Balance Due | Amount Paid |
|---|---|---|---|---|---|---|---|
| 000 | DOROTHY MOTT, ESQUI | 09 | 3,500.00 | 0.00 | 0.00 | 3,500.00 | 0.00 |
| 999 | **WILLIAM FREEMAN | 08 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

**Case Disbursements**

** No Disbursements On File **

http://www.ramapo.com/Harrisburg/p10104273.html                          2/13/2002

ent By: DOROTHY L MOTT;                    17 232 0477;           Feb-13-02 14:34;           Page 3/3

Case NO: 10104273

Page 2 of 2

**Last Updated: 12 February 2002**

**Return TO Charles J. DeHart, Chapter 13 Trustee**

" Docket for Case: " + GetCaseNo() + " (" + DktTypeExpand(m.gsDktType) + ")                                Page 1 of 1

# Bankruptcy Docket Report
## 1 01-04273 (Harrisburg)

### FREEMAN, WILLIAM LELAND

### Docket items entered between 01/01/1931 and 02/13/2002

| Filing Date | No. | Docket Entry |
|---|---|---|
| 08/02/01 | 1 | VOLUNTARY PETITION under Chapter 13, Matrix, all Schedules & Statements, Plan and Summary [EOD 08/02/01] [CR] |
| 08/02/01 | 2 | DEBTOR(S) affidavit of disbursement of Trustee funds upon Dismissal and/or Conversion prior to confirmation. [EOD 08/03/01] [SP] |
| 08/13/01 | 3 | ENTRY OF APPEARANCE of MICHAEL R. GRAY, ESQ. OF GRAY, PLANT, MOOTY, MOOTY & BENNETT, P.A. ON BEHALF OF FLOORCOVERINGS INTERNATIONAL, LTD. [EOD 08/13/01] [CG] |
| 08/20/01 | 4 | CERTIFICATE of Mailing of Notice of 341 Meeting. Objections to the plan are due 15 days after meeting held. [EOD 08/20/01] [CA] |
| 09/14/01 | 5 | 341 meeting held. [EOD 09/14/01] [CA] |
| 09/17/01 | 6 | OBJECTION to Plan by Trustee. [EOD 09/17/01] [CG] |
| 11/08/01 | 7 | NOTICE to parties in interest of Objection to Plan by Trustee. Hearing on 12/13/01 at 02:00 P.M. at FED.BLDG., BKRPTCY CTRM.(3RD FLR.), THIRD & WALNUT STS., HARRISBURG,PA. 17108 [EOD 11/08/01] [CG] |
| 01/03/02 | 8 | PROCEEDING MEMO re hearing continued. Re: Item # 7. [EOD 01/03/02] [CG] |
| 01/24/02 | 9 | OBJECTION to Claim #3, FLOORCOVERINGS INTERNATIONAL, LTD., IN THE AMOUNT OF $50,953.70. FILED BY DEBTOR [EOD 01/25/02] [JR] |
| 01/28/02 | 10 | ORDER fixing hearing date on 03/06/02 at 03:30 P.M. at FED.BLDG., BKRPTCY CTRM.(3RD FLR.), THIRD & WALNUT STS., HARRISBURG,PA. 17108 Re: Item # 9. [EOD 01/28/02] [JC] |
| 02/07/02 | 11 | CERTIFICATE of service Re: Item # 10. [EOD 02/08/02] [CR] |

Printed: 02/13/02 13:01:49

| PACER Service Center | | |
|---|---|---|
| Transaction Receipt | | |
| 02/13/2002 13:01:49 | | |
| PACER Login: | df0059 | Client Code: |
| Description: | Docket | Case Number: | 1 2001-04273 |
| Billable Pages: | 1 | Cost: | 0.07 |


Need help? Try the PACER User's Guide
Pacer Service Center

http://pacer.pamb.uscourts.gov/cgi-bin/foxweb.exe/npacer/nPacer?ExecThis=docket&puid=...   2/13/2002