# TUCKER ARENSBERG & SWARTZ



CELEBRATING A CENTURY OF SERVICE

F. Stephenson Matthes
smatthes@tuckerlaw.com

April 8, 2003

Honorable Sylvia H. Rambo
United States District Court
Middle District of Pennsylvania
Federal Building
228 Walnut Street
Harrisburg, PA   17101

**FILED**
HARRISBURG, PA

APR 0 9 2003

MARY E. D'ANDREA, CLERK
Per _____
          **Deputy Clerk**

RE:    Floorcoverings International
        v. Freeman
        Civil No. 1-CV-00-0182
        Our Client/Matter #17230/24408
        Status Report

Dear Judge Rambo:

      This correspondence shall serve as a status report and update on the above-captioned matter. As indicated in my last status report to the Court, Defendant, William L. Freeman, filed a Personal Chapter 13 Bankruptcy on August 2, 2001, in the Middle District of Pennsylvania. As such, the automatic stay has prevented any further action from taking place in the present case before this Court. The Bankruptcy Court issued an Order confirming the Debtor's Chapter 13 Plan on October 9, 2002, and the Trustee withdrew his remaining objection to Debtor's plan later that week. As such, we do not anticipate any change in status quo unless and until Debtor fails to make payments under his Plan.

      As a result of the continuing bankruptcy and automatic stay, Floorcoverings International is prevented from moving forward against Defendant/Debtor at this time. If Defendant's bankruptcy case is dismissed, we will immediately notify the Court upon receiving information of the same. Otherwise, I suspect that upon completion of Debtor's Chapter 13 Plan, the matter will have to be dismissed.

      If you require further information or have any questions regarding this matter, please do not hesitate to contact me.

           Very truly yours,

           TUCKER ARENSBERG & SWARTZ

           F. Stephenson Matthes

FSM:jz

cc:    Peter J. Russo, Esquire
       Dorothy Mott, Esquire
       Michael R. Gray, Esquire