# LAW OFFICES OF PETER J. RUSSO, P.C.
### ATTORNEYS AT LAW

3800 Market Street
Camp Hill, PA 17011

Peter J. Russo, Esquire
Scott A. Stein, Esquire
John N. Papoutsis, Esquire

Debra A. Micklo, Paralegal
Melissa M. Mehaffey, Paralegal



Tuesday, January 13, 2004

**US Middle District Court**
Attn: Mark Armbruster
P.O. Box 983
Harrisburg, PA 17108

**RE: Updated status of Lee Freeman/Floor Coverings International**

Dear Mr. Armbruster:

Please allow this letter to act as an update for the court in regards to the aforementioned civil suit.

Per Attorney Dorothy Mott, Lee Freeman is still in the Chapter 13 plan and making regular payments. He is about one-half finished with the payments. When the balance is paid in full he will be discharged from the civil suit.

If I can be of further assistance please do not hesitate to contact me. Thank you for your time and consideration in this matter.

Sincerely,

Debra A. Micklo