# LAW OFFICES OF PETER J. RUSSO, P.C.
## ATTORNEYS AT LAW

3800 Market Street
Camp Hill, PA 17011

---

Peter J. Russo, Esquire
Scott A. Stein, Esquire
John N. Papoutsis, Esquire

Debra A. Micklo, Paralegal
Melissa M. Mehaffey, Paralegal

## Thursday, February 03, 2005

**US Middle District Court**
Attn: Mark Armbruster
P.O. Box 983
Harrisburg, PA 17108

FILED
HARRISBURG
FEB 0 7 2005
MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

RE:   STATUS UPDATE – WILLIAM LELAND FREEMAN
      CASE NO.:   1-01-04273

Dear Mr. Armbruster:

Please allow this letter to act as an update for the court in regards to the aforementioned civil suit.

Per Attorney Dorothy Mott's office, Mr. Freeman is still in the Chapter 13 plan and making regular payments. He has approximately eighteen (18) more payments to make before the plan is completed. When the balance is paid in full he will be discharged from the civil suit.

If I can be of further assistance please do not hesitate to contact me. Thank you for your time and consideration in this matter.

Sincerely,

Debra A. Micklo, Paralegal


Cc:   William Freeman
      Dorothy Mott, Esquire
      F. Stephenson Matthes, Esquire