THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **FLOORCOVERINGS INTERNATIONAL, LTD.** | : | |
| | : | |
| Plaintiff | : | 1-CV-00-0182 |
| | : | |
| v. | : | |
| | : | |
| **WILLIAM LEE FREEMAN** | : | **SYLVIA H. RAMBO** |
| | : | **CHIEF JUDGE** |
| Defendant | : | |

## *CERTIFICATE OF SERVICE*

I, Peter Russo, hereby certify that I am on this day serving a copy of the foregoing document upon the person (s) and in the manner indicated below:

Service by First-Class Mail, Postage Prepaid, and Addressed as follows:

F. Stephenson Matthes, Esquire
Dennis R. Sheaffer, Esquire
Tucker, Arensberg & Swartz
117 North Front Street
Harrisburg, PA  17108

Michael R. Gray, Esquire
Gray Plant Mooty
500 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402

/s/ Peter J. Russo
Peter J. Russo

Date:   Friday, December 29, 2006

Court.

6) On August 16, 2005, Defendant completed the Chapter 13 Plan that was confirmed on October 9, 2002.

7) On August 18, 2005, United States Bankruptcy Judge, Mary D. France issued an Order granting the Defendant a discharge pursuant to Section 1328(a) of Title 11, United States Code.

8) Having fully complied with the terms of the Chapter 13 Plan and subsequently having been discharged, Defendant requests the dismissal of the above-captioned matter.

Respectfully submitted,
**LAW OFFICES OF PETER J.RUSSO, P.C.**

 /s/Peter J. Russo, Esq.
**Peter J. Russo, Esquire**
PA Attorney ID No. 72897
**Scott A. Stein, Esquire**
PA Attorney ID No. 81738
**John N. Papoutsis, Esquire**
PA Attorney ID No. 70312
3800 Market Street
Camp Hill, PA 17011

**Date:**  Friday, December 29, 2006

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FLOORCOVERINGS INTERNATIONAL, LTD. | : | |
| | : | |
| Plaintiff | : | 1-CV-00-0182 |
| | : | |
| v. | : | |
| | : | |
| WILLIAM LEE FREEMAN | : | SYLVIA H. RAMBO |
| | : | CHIEF JUDGE |
| Defendant | : | |

### MOTION OF DEFENDANT WILLIAM LEE FREEMAN TO DISMISS CLAIMS OF FLOORCOVERINGS INTERNATIONAL, LTD

Defendant, William Lee Freeman, by and through his undersigned counsel, hereby moves to dismiss, with prejudice, the claims asserted in the above-captioned civil action by Plaintiff, Floorcoverings International, LTD., against Defendant, William Lee Freeman and in support thereof avers the following:

1) On January 31, 2000, Plaintiff filed the above captioned matter against William Lee Freeman.

2) On August 2, 2001, Defendant filed a bankruptcy petition, docketed at 1:01-bk-04273-MDF, in the United States Bankruptcy Court for the Middle District of Pennsylvania seeking the protection afforded by Chapter 13 of Title 11, United States Code.

3) The filing of Defendant's petition stayed all proceedings in the above-captioned matter.

4) Plaintiff was listed a creditor in Defendant's bankruptcy petition.

5) On October 9, 2002, the Chapter 13 Plan was confirmed by the Bankruptcy