THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FLOORCOVERINGS INTERNATIONAL, LTD. | : | |
| | : | |
| Plaintiff | : | 1-CV-00-0182 |
| | : | |
| v. | : | |
| | : | |
| WILLIAM LEE FREEMAN | : | SYLVIA H.RAMBO |
| | : | CHIEF JUDGE |
| Defendant | : | |

## O R D E R

**AND NOW**, this 3rd day of January, 2007, upon consideration of the Motion to Dismiss filed by Defendant, William Lee Freeman, it is hereby ORDERED and DECREED that the Motion is GRANTED and that the claims asserted by Plaintiffs, Floorcoverings International, LTD, against William Lee Freeman are DISMISSED with prejudice.

BY THE COURT:

s/Sylvia H. Rambo
**SYLVIA H. RAMBO, USDJ**